# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131237-38

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAWN DeMARSE and TIMOTHY
WALENDZIK, as Personal Representatives of
the Estate of ANTHONY WALENDZIK,
      Plaintiffs-Appellants,

v

CITY OF LANSING,
CLINTON/EATON/INGHAM COMMUNITY
MENTAL HEALTH SERVICES, ROBERT
SHEEHAN, ANNA FISHER, and NATALIA
MARIA LITKEWYCZ,
      Defendants-Appellees,
and

MICHAEL MURPHY and CRAIG STOTT,
      Defendants.

SC: 131237-38
COA: 258729, 259685
Ingham CC: 03-000465-NI

_____/

      On order of the Court, the application for leave to appeal the April 11, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

t1120